IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL ANDREW NIXON,
    Plaintiff,

vs.                             Case No. 3:13cv332/LC/CJK

JOHN DOE, LIBRARIAN, et al.,
    Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 28, 2013. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. §1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3. Plaintiff's motion for appointment of counsel (doc. 3) is DENIED as moot.

4. Plaintiff's motion to compel and to honor request (doc. 11) is DENIED.

5. Plaintiff's motion for leave to file an amended complaint (doc.12) is DENIED.

DONE AND ORDERED this 26th day of August, 2013.

                                       s/*L.A. Collier*
                                       LACEY A. COLLIER
                                       SENIOR UNITED STATES DISTRICT JUDGE